UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAMAR MCCARTHY, | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:10cv1048(RNC) |
| HARTFORD POLICE DEPARTMENT, et al, | : |
| Defendants. | : |

### ORDER

Local Rule 26(f) provides that, within 30 days after the appearance of any defendant, the attorneys of record and any unrepresented parties must confer for the purposes described in Fed. R. Civ. P. 26(f). Local Rule 26(f) further provides that, within 10 days after the conference, the participants must jointly complete and file a report of the conference using Form 26(f).

More than forty days have passed since the appearance of a defendant in this case, but no joint report has been filed. Accordingly, it is hereby ordered that plaintiff(s) file and serve the joint report required by Local Rule 26(f) on or before **October 25, 2010**.

SO ORDERED at Hartford, Connecticut this 30th day of September, 2010.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge